# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-2769-DMS |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| JOSE MORA, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Jose Mora without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: August 20, 2019

HON. DANA M. SABRAW
UNITED STATES
DISTRICT COURT JUDGE

FILED
AUG 20 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY